```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHLEEN SYPERT, on behalf of herself
and all others similarly situated,

                Plaintiffs,

    v.

NEW BROADVIEW MANOR HOME FOR
ADULTS, LLC,

                Defendant.

**ORDER**

18 Civ. 04986 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

Dated: New York, New York
       November 20, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge